# ELECTRONIC RECORD

COA # 05-12-01018-CR          OFFENSE: OTH FEL

STYLE: Shockley, Stephen Coleman v. The State of Texas          COUNTY: Collin

COA DISPOSITION: AFFIRM          TRIAL COURT: 366th Judicial District Court

DATE: 7/30/2014          Publish: YES          TC CASE #: 366-82727-09

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Shockley, Stephen Coleman v. The State of Texas          CCA #: 1093-14

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 01/14/2015          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

--------------------------

_____PRO SE_____ MOTION FOR

REHEARING IN CCA IS: _denied_

JUDGE: _PC_          _Feb. 25, 2015_

# ELECTRONIC RECORD

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS   FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

COA No. 05-12-01018-CR

PD-1093-14

2/26/2015
Shockley, Stephen Coleman   Tr. Ct. No. 366-82727-09

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.

Abel Acosta, Clerk

5TH COURT OF APPEALS CLERK
LISA MATZ
600 COMMERCE, 2ND FLOOR
DALLAS, TX 75202
* DELIVERED VIA E-MAIL *